## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL RAMON OCHOA,         :   No. 136 WAL 2019

             Petitioner        :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court

             v.                   :

DR. ARTHUR LEVINE, ET AL,       :

           Respondents      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.